IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-31476
Summary Calendar
_____

CHARLES WILLIAMS,

Petitioner-Appellant,

versus

BARON KAYLO, Warden

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 98-CV-3506-J
--------------------
June 28, 2001

Before HIGGINBOTHAM, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[1]

Charles Williams, Louisiana state prisoner number 281980, has appealed the district court's judgment dismissing his federal habeas application. Our review is limited to the issue certified by the district court in its certificate of appealability— "whether petitioner received ineffective assistance of counsel because his attorney failed to secure the presence at trial of Louis Berlier as a witness." See Lackey v. Johnson, 116 F.3d 149, 151-52 (5th Cir. 1997). Williams has not shown that the state court's rejection of this issue involved an unreasonable application of clearly

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

established federal law as determined by the United States Supreme Court.  See 28 U.S.C. § 2254(d)(1).  Thus, the district court's denial of habeas relief is

AFFIRMED.